**DISMISS and Opinion Filed November 15, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00936-CV**

**RAYMOND REED, Appellant**
**V.**
**LVNV FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02995-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard September 25, 2023, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 25, 2023, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated October 20, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We

directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b); 42.3(b), (c).

/Craig Smith/
CRAIG SMITH
JUSTICE

230936F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RAYMOND REED, Appellant

No. 05-23-00936-CV     V.

LVNV FUNDING, LLC, Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas
Trial Court Cause No. 003-02995-2022.
Opinion delivered by Justice Smith. Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered November 15, 2023